IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HOPE ELLY,<br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE<br>COMPANY and FRANCESCA'S<br>COLLECTIONS, INC.,<br>Defendants. | CIVIL ACTION NO.<br>1:19-cv-537-LG-RHW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P., the parties hereby give notice to the Court that they have resolved this matter. The parties therefore stipulate that this case is dismissed with prejudice and each party will bear its own costs and fees.

Respectfully Submitted, this 2nd day of January 2020.

| THE ADA GROUP, LLC | LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C. |
|---|---|
| /s/*Pshon Barrett*<br>Pshon Barrett (MS Bar #2071)<br>*Attorney for Plaintiff*<br>4001 Carmichael Road, Suite 570<br>Montgomery, Alabama 36106<br>334.819.4030 p<br>334.819.4032 f<br>Pshon.Barrett@ADA-Firm.com | /s/ Whitney *R. Brown*<br>Whitney R. Brown (MS BPR #102908)<br>*Of Counsel for Defendants, Francesca's Collections, Inc., and American National Insurance Company*<br>P.O. Box 11945<br>Birmingham, AL 35202-1945<br>Telephone: (205) 326-3002<br>Facsimile: (205) 326-3008<br>wbrown@lehrmiddlebrooks.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF system which will send a notice of electronic filing to all parties of record.

        **THE ADA GROUP, LLC**

        /s/*Pshon Barrett*
        Pshon Barrett, Esq.
        *Attorney for Plaintiff*